IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SOUTHWEST REFRIGERATED WAREHOUSING SERVICES JOINT VENTURE,<br>     Plaintiff,<br><br>v.<br><br>YOUNG GUNS, INC., CHRIS FRANZOY, and TAMMY FRANZOY,<br>     Defendants. | § § § § § § § § § § | EP-20-CV-60-DB |

## FINAL JUDGMENT

On June 27, 2022 this Court entered an order confirming the Arbitrator's Award and Judgment. ECF No. 53. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this **28th** day of **June 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE